IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

Tracy McKinnes-Carter )
_____ )
_____ )
**Name of Plaintiff** )
                             ) Case No. _____
v.                             ) (To be assigned by Clerk)
                            ) Jury Demand ☐ Yes ☒ No
Maury County Public Schools )
_____ )
_____ )
**Name of Defendant(s)** )

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination. Jurisdiction is specifically conferred upon the Court by 42 U.S.C. § 2000e-5, or, if the Plaintiff is a federal employee, by 42 U.S.C. § 2000e-16. Relief is sought under 42 U.S.C. § 2000e-5(g) and/or 42 U.S.C. § 1981a(b).

2.    Plaintiff, Tracy McKinnes-Carter, is a citizen of the United States and resides at 2892 Dodson Gap Rd., Culleoka,
     Street address                   City
     Maury, TN, 38451, 931-987-0050.
     County      State      Zip Code      Telephone Number

3.    Defendant, Maury County Public Schools, resides at, or its business is located at 501 West 8th Street, Columbia,
     Street address                   City
     Maury, TN, 38401.
     County      State      Zip Code

(If more than one Defendant, list the name and address of each additional Defendant)

_____

_____

_____

_____

_____.

4. Plaintiff sought employment from the Defendant or was employed by the Defendant at
   <u>501 West 8th Street</u>, <u>Columbia</u>,
   Street address              City
   <u>Maury</u>, <u>TN</u>, <u>38401</u>.
   County       State     Zip Code

5. Defendant discriminated against Plaintiff in the manner indicated in paragraphs 8 and 9 of
   this Complaint on or about <u>March</u> <u>23</u> <u>2009</u>.
                               Month     Day    Year

6. Plaintiff filed charges against the Defendant with the Tennessee Human Rights Commission
   or the Equal Employment Opportunity Commission charging the Defendant with the acts of
   discrimination indicated in paragraphs 8 and 9 of this Complaint on or about
   <u>August</u> <u>28</u> <u>2009</u>.
   Month    Day    Year

7. The Equal Employment Opportunity Commission or the United States Department of Justice
   issued a Notice of Right to Sue which was received by Plaintiff on <u>October</u>
                                                                       Month
   <u>4</u> <u>2011</u>, a copy of which Notice is attached.
   Day   Year

8. Because of Plaintiff's (1) _____ (race) (2) _____ color, (3) _____ sex,

   (4) _____ religion, (5) _____ national origin, the Defendant:

a. _____ failed to employ Plaintiff.

b. ___✗___ terminated Plaintiff's employment.

c. _____ failed to promote Plaintiff.

d. _____ retaliated against Plaintiff for having filed a charge of discrimination.

e. _____ other. Explain: _____

_____

_____

_____

_____

9. The circumstances under which Defendant discriminated against Plaintiff were as follows:

It is my belief that I was non-renewed because of my race. My principal, at the time Dr. Tina Weatherford has a record of discriminating against blacks. Ms. Meribeth Sowell (white/tenured) had three years experience, whereas, I had only two years. There were people hired and retained with two years experience, one year experience and one hired with no experience.

(You may use additional paper, if necessary.)

10. The acts set forth in paragraph 8 of this Complaint:

a. _____ are still being committed by Defendant.

b. _____ are no longer being committed by Defendant.

c. ___✗___ may still be being committed by Defendant.

11. Plaintiff attaches to this Complaint a copy of the charges filed with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission, which charges are submitted as a brief statement of the facts supporting this Complaint.

**WHEREFORE**, Plaintiff prays that the Court grant the following relief:

a. _____ direct that Defendant employ Plaintiff, or

b. \_\_\_X\_\_\_\_ direct that Defendant re-employ Plaintiff, or

c. _____ direct that Defendant promote Plaintiff, or

d. _____ order other equitable or injunctive relief: _____.

e. \_\_\_X\_\_\_ direct that Defendant pay Plaintiff back pay in the amount of __12,000.00__ and interest on back pay;

f. _____ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: _____.

g. _____ direct that Defendant pay Plaintiff punitive damages in the amount of _____ because Defendant engaged in a discriminatory practice or practices with malice or with reckless indifference to Plaintiff's federally protected rights, as described in paragraphs 8 and 9 above; and that the Court grant such other relief as may be appropriate, including costs and attorney's fees.

*[signature]*
(Signature of Plaintiff)

January 2, 2012

In the rebuttal on the cause finding recommended by EEOC, The Maury County Board of Education submitted erroneous information, falsely accusing me of failing to complete required paperwork (see attacked). There is a disparity in the hiring and retaining of minorities employed within the Maury County School System. Specifically, there is a significant disparity at Joseph Brown Elementary School where Dr. Tina Weatherford is the principal. The school system's policies on hiring, terminating, transferring, promoting or demoting are not clearly defined and/or are not being implemented in an equitable manner. These inequities have resulted in the termination of my teaching positions at Joseph Brown Elementary School.