IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

TRACY MCKINNES-CARTER,  )
                        )
    Plaintiff            )
                        )
vs.                     )   No. 1:12-CV-0001
                        )   Jury Demand (12)
MAURY COUNTY BOARD      )
OF EDUCATION,           )
                        )
    Defendant.          )

## AGREED ORDER OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

It appears to the Court, as evidenced by the signatures of counsel for Plaintiff and counsel for Defendant below, that all matters in controversy between Plaintiff and Defendant have been compromised and settled.

It is therefore ORDERED that this action is dismissed with prejudice as to all claims that were made or could have been made herein by the parties. The parties agree that no costs will be taxed.

Entered the 10th day of April, 2014.

_____
William J. Haynes, Jr., Judge

1